UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-06682-RAO | Date: | November 12, 2019 |
| Title: | An Bang Trading, Ltd. v. Buy In America et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

    This action was filed on August 1, 2019. To date, Plaintiff has not filed proof of service of the Summons and Complaint. Defendant has not made an appearance.

    The Court, on its own motion, orders Plaintiff to show cause in writing, no later than **November 26, 2019**, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff may discharge its obligation to show cause by filing proof of service by the foregoing deadline. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiff does not intend to proceed with this action, Plaintiff may voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage: www.cacd.uscourts.gov.

    **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | dl |